UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA A MIRO                              JURY TRIAL DEMANDED

v.                                             CASE NO.  3:12CV

CUDA & ASSOCIATES, LLC
CAROLYN M. FUTTNER

<u>COMPLAINT</u>

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA).

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Defendant CUDA is a Connecticut business entity.

4. CUDA is in the business of purchasing defaulted consumer debt.

5. CUDA collects on the debt it purchases using means of interstate commerce, including the mail, internet, and telephone.

6. CUDA has filed over 1,000 collection lawsuits in Connecticut state courts.

7. Defendant Futtner was counsel who filed suit in CUDA v Miro, FBT-CV12-6028464 (the collection suit).

8. When defendants brought the collection suit, they alleged that the date of Ms. Miro's last payment was 1/19/2006.

9. The collection suit was served on Ms. Miro on June 4, 2012.

10. The collection suit was filed beyond the six year contract statute of limitations.

11. The collection suit alleged that First USA Bank issued monthly statements to Ms. Miro from April 9, 2004 to July 31, 2006.

12. Defendants had no such statements and no ability to obtain such statements.

13. Defendants instead had statement from Chase Bank.

14. Defendants have a pattern and practice of alleging years of monthly account statements with no such monthly statements in hand, no ability to obtain such statements, and no knowledge of whether such monthly statements existed or were mailed to the consumer.

FIRST COUNT

15. In the collection efforts within one year prior to the date of this action, each defendant violated the FDCPA, § 1692d, -e, or –f(1).

SECOND COUNT

16. In the collection efforts within one year prior to the date of this action, defendant CUDA violated the CCPA.

THIRD COUNT

17. In the collection efforts within three years prior to the date of this action, defendant CUDA violated CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA, plus $1,000 statutory damages against defendant CUDA under the CCPA, and actual and punitive damages against defendant CUDA under CUTPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide, including an injunction against false allegations regarding monthly account statements.

THE PLAINTIFF

*Joanne S. Faulkner*

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net